UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

LAMAR LYNCH
          Movant,

          v.                       Case No. 09-MC-229-JWL

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT
          Respondent.

## NOTICE OF RESPONDENT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Pursuant to 12 U.S.C. § 3410(d), Respondent United States Department of Housing and Urban Development (HUD) Office of Inspector General (OIG) respectfully files this Notice with the Court.

Section 3410(d) of The Right to Financial Privacy Act of 1978 provides, in pertinent part:

> After one hundred and eighty days from the denial of the motion or application, if the Government authority obtaining the records has not initiated [a legal proceeding against the customer arising out of or based upon the financial records], a supervisory official of the Government authority shall certify to the appropriate court that no such determination has been made . . . .

12 U.S.C. § 3410(d).

The Court's Order denying Mr. Lynch's motion was entered on December 11, 2009. As of June 9, 2010, one hundred and eighty days will have passed from the denial of the motion.

Accordingly, Respondent HUD-OIG notifies the Court that, to date, it has not made a determination as to whether any legal proceeding against Mr. Lynch will be initiated. As

required by the statute, a certification from a supervisory official at HUD-OIG stating the same is attached hereto as Attachment A.

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        LANNY D. WELCH
        United States Attorney
        District of Kansas

        By:   s/ Jon P. Fleenor
        JON P. FLEENOR  #14002
        Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas 66101
        PH: 913.551.6730
        FX: 913.551.6599
        EM: Jon.Fleenor@usdoj.gov
           ELECTRONICALLY FILED

        JOYCE R. BRANDA
        MICHAEL GRANSTON
        ERICA BLACHMAN HITCHINGS
        Attorneys, United States Dept. of Justice
        Civil Division
        Post Office Box 261, Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 307-6697
        Facsimile: (202) 514-0280

        Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

       I hereby certify that on this date, June 9, 2010, the foregoing Notice of Respondent United States Department of Housing and Urban Development was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

       None.

       I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

Lamar Lynch
4507 N. 121st Terrace
Kansas City, KS 66109

       s/ Jon P. Fleenor_____
       JON P. FLEENOR